**DAVID J. DOYAGA, SR.**
ATTORNEYS AT LAW
SUITE 1601
26 COURT STREET
BROOKLYN, NEW YORK 11242
(718) 488-7500

July 16, 2018

**VIA ECF**

Chief Judge Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: Cynthia Jackson Case No. 17-46489-cec

Dear Judge Craig:

Please accept this letter as a status report regarding the loss mitigation efforts of my client, Cynthia Jackson. Since certain documents expired, Rushmore Loan Management is requesting a completed new loan modification packet with updated financial documents. On June 10, 2018, on behalf of the Debtor, my paralegal, Cathy Nigro, e-mailed Mina Beshara, a completed loan modification application and all of her financials. At this time I am awaiting an update from Mina Beshara. Thank you.

Very truly yours,

S/David J. Doyaga, Sr.
David J. Doyaga, Sr.

cc: Mina Beshara, Esq.

.